UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

---

JANE DOE 1 ET AL., : CASE NO. 1:22-cv-00059
    Plaintiffs, :
: ORDER
    v. :
:
BEDFORD CITY SCHOOL :
DISTRICT BOARD OF :
EDUCATION ET AL., :
:
    Defendants.

---

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

In this case concerning a high school teacher-coach who was convicted of sexually assaulting a then-15-year-old high school student, Plaintiffs have filed their complaint pseudonymously.[1]

Although a complaint generally must state the names of all parties, the Sixth Circuit has held that plaintiffs may be excused from this requirement when their "privacy interests substantially outweigh the presumption of open judicial proceedings." *Doe v. Porter*, 370 F.3d 558, 560 (6th Cir. 2004).

Accordingly, the Court hereby **ORDERS** Plaintiffs Jane Doe 1 and Jane Doe 2 to file a motion for the Court's permission to proceed under pseudonym by June 13, 2022.[2]

Additionally, should it become necessary as discovery proceeds, the Court **ORDERS** the parties to file motions for any Federal Rule of Civil Procedure 26 protective orders.

IT IS SO ORDERED.

Dated: May 12, 2022                      *s/    James S. Gwin*

---

[1] Doc. 1.
[2] Local Rule 7.1(d),(e) establish the timeline for memorandum in opposition and reply memorandum.

Case No. 1:22-cv-00059
GWIN, J.

          JAMES S. GWIN
          UNITED STATES DISTRICT JUDGE